IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LAVERY S. SHERIDAN,<br><br>    Defendant. | 8:18CR198<br><br>ORDER |

The court has approved withdrawal of Assistant Federal Public Defender, Julie B. Hansen, in this case. After a review of the Financial Affidavit previously filed in this matter, I find that the above-named defendant is eligible for appointment of new counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Beau G. Finley is appointed as attorney of record for the above-named defendant in this matter and shall forthwith file an appearance in this matter.

**IT IS FURTHER ORDERED** that the Federal Public Defender's Office shall forthwith provide counsel with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Beau G. Finley.

Dated this 30th day of July, 2018.

                 BY THE COURT:

                 s/ Michael D. Nelson
                 United States Magistrate Judge