IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LAVERY S. SHERIDAN,<br><br>                Defendant. | 8:18CR198<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

      The defendant appeared before the Court on October 12, 2023 regarding Petition for Offender Under Supervision [48].  Julie Hansen represented the defendant.  Kelli Ceraolo represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing.  Fed. R. Crim. P. 32.1(b)(1)(C).  The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:30 p.m. on November 15, 2023.

      The government moved for detention based upon danger.  The defendant requested a detention hearing which was held.  The defendant met his burden to establish by clear and convincing evidence that he will not pose a danger to any other person or to the community. Fed. R. Crim. P. 32.1(a)(6).  The government's motion for detention is denied, and the defendant shall be released on the current terms and conditions of supervision.  18 U.S.C. § 3143(a)(1).

      **IT IS SO ORDERED**.

      Dated this 12th day of October, 2023.

                                                                                                    BY THE COURT:

                                                                                                    s/ Susan M. Bazis
                                                                                                    United States Magistrate Judge