IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>LAVERY S. SHERIDAN,<br><br>                Defendant. | 8:18CR198<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

      The defendant appeared before the Court on June 20, 2025 regarding Petition for Offender Under Supervision [82]. Jeffrey Thomas represented the defendant. Kathryn Pflug represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

      The defendant is being released pending a final dispositional hearing. Therefore, the defendant does not have a right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds the petition sets forth probable cause to believe the defendant violated the terms of supervised release. The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 2:00 p.m. on August 6, 2025.

      The government did not move for detention. The defendant shall be released on the current terms and conditions of supervision to include that he shall reside with his mother in Macy, Nebraska until approval from probation officer.

      **IT IS SO ORDERED**.

      Dated this 20th day of June, 2025.

                                                                           BY THE COURT:

                                                                          s/ Ryan C. Carson<br>
                                                                          United States Magistrate Judge